UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CASEY HAYES PERRY,

    Plaintiff,

v.

JON L. HALL,

    Defendant.

_____/

Case No. 2:18-cv-76

HONORABLE PAUL L. MALONEY

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

    This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Both Plaintiff and Defendant filed motions for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 18, 2020, recommending that this Court grant Defendant's motion and enter judgment in favor of Defendant. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 62) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 35) is DENIED.

    **IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgement (ECF No. 39) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  March 19, 2020 /s/  Paul L. Maloney
Paul L. Maloney
United States District Judge