UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CASEY HAYES PERRY,

    Plaintiff,

v.

JON L. HALL,

    Defendant.
_____/

Case No. 2:18-cv-76

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendant and against Plaintiff.


Dated: March 19, 2020

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge