UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CASEY HAYES PERRY, #244528,  )
          Plaintiff,  )
            )  No. 2:18-cv-76
-v-  )
            )  Honorable Paul L. Maloney
JON L. HALL,  )
          Defendant.  )
            )

## JUDGMENT

In accordance with the opinion entered today (ECF No. 85), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

**Date:** September 14, 2020            /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            United States District Judge